UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| KATHERINE A. MERRITT,<br><br>            Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>            Defendant. | Case No. CV-17-130-BLG-TJC<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that the Commissioner's decision denying Plaintiff's claim for disability insurance benefits is AFFIRMED.

      Dated this 25th day of February, 2019.

                                          TYLER P. GILMAN, CLERK

                                          By: /s/ Julie Collins
                                          Julie Collins, Deputy Clerk